## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 16-03584-MM7 |
| | § | (Substantively Consolidated) |
| Bliss Holdings, LLC | § | |
| Member Case No. 16-03586-MM7 | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

James L. Kennedy, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $375,642.59 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $314,626.57 | | |

3)  Total gross receipts of $690,269.16 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $690,269.16 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $321,126.57 | $313,962.14 | $314,626.57 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $10,062.74 | $10,062.74 | $10,062.74 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $3,012,161.66 | $2,870,473.44 | $365,579.85 |
| **Total Disbursements** | $0.00 | $3,345,057.52 | $3,194,498.32 | $690,269.16 |

4). This case was originally filed under chapter 7 on 07/28/2016. The case was pending for 59 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/07/2021           By:   /s/ James L. Kennedy
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Federal Income Tax Refund Form 1120 YE 12/2014 | 1224-000 | $4,516.78 |
| Federal Tax Refund 2nd Installment for YE 12/2014 F-1120 | 1224-000 | $10,483.98 |
| Federal Tax Refund F-1120 YE 2015 | 1224-000 | $14,800.00 |
| Federal Tax Refund for YE2013 | 1224-000 | $569,234.18 |
| AETNA preference settlement | 1241-000 | $4,000.00 |
| American Express Preference claim | 1241-000 | $25,800.00 |
| Citibank dba CitiCards Preference | 1241-000 | $10,000.00 |
| Digi-King Preference | 1241-000 | $5,740.12 |
| GTF Properties Preference Settlement | 1241-000 | $3,000.00 |
| Preference against Cheng Precision Corp. | 1241-000 | $9,694.10 |
| Preference claim against BMW | 1241-000 | $10,000.00 |
| VW Credit dba Audi Financial Services Preference | 1241-000 | $10,000.00 |
| DLJ Services, Inc. | 1290-002 | $2,437.50 |
| DLJ Services, Inc. | 1290-002 | $2,437.50 |
| Roth Staffing Companies | 1290-002 | $1,625.00 |
| Roth Staffing Companies | 1290-002 | $1,625.00 |
| Tristaff Group | 1290-002 | $4,875.00 |
| **TOTAL GROSS RECEIPTS** | | $690,269.16 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


### EXHIBIT 3 – SECURED CLAIMS
NONE


### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James L. Kennedy, Trustee | 2100-000 | NA | $37,113.46 | $37,113.46 | $37,113.46 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $353.90 | $353.90 | $353.90 |
| East West Bank | 2600-000 | NA | $477.79 | $477.79 | $477.79 |
| Independent Bank | 2600-000 | NA | $62.75 | $62.75 | $62.75 |
| Integrity Bank | 2600-000 | NA | $103.94 | $103.94 | $103.94 |
| Franchis Tax Board | 2820-000 | NA | $800.00 | $800.00 | $800.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Franchise Tax Board | 2820-000 | NA | $5,867.14 | $5,867.14 | $5,867.14 |
| DLJ Services, Inc. | 2990-000 | NA | $4,875.00 | $4,875.00 | $4,875.00 |
| Roth Staffing Services | 2990-002 | NA | $3,250.00 | $3,250.00 | $3,250.00 |
| Tristaff Group | 2990-002 | NA | $4,875.00 | $4,875.00 | $4,875.00 |
| Fees, Attorney for Trustee | 3210-000 | NA | $85,359.50 | $78,195.07 | $78,859.50 |
| Court approved Fees, Special Counsel for Trustee | 3210-600 | NA | $18,351.98 | $18,351.98 | $18,351.98 |
| Costs, Attorney for Trustee | 3220-000 | NA | $335.57 | $335.57 | $335.57 |
| Cost reimbursement, Special Counsel for Trustee | 3220-610 | NA | $2,359.35 | $2,359.35 | $2,359.35 |
| DSR & Associates, Special Counsel for Trustee | 3220-610 | NA | $1,640.65 | $1,640.65 | $1,640.65 |
| Fees, Accountant for Trustee | 3410-000 | NA | $154,500.50 | $154,500.50 | $154,500.50 |
| Costs, Accountant for Trustee | 3420-000 | NA | $800.04 | $800.04 | $800.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $321,126.57 | $313,962.14 | $314,626.57 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $803.94 | $803.94 | $803.94 |
| 19 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $823.54 | $823.54 | $823.54 |
| 23 | Internal Revenue Service | 5800-000 | $0.00 | $8,435.26 | $8,435.26 | $8,435.26 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $10,062.74 | $10,062.74 | $10,062.74 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Unisource Worldwide A Veritiv Co. | 7100-000 | $0.00 | $306,225.59 | $306,225.59 | $40,848.11 |
| 2 | King Technology of Missouri, Inc. | 7100-000 | $0.00 | $910,527.00 | $910,527.00 | $121,457.22 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 3a | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $48.00 | $48.00 | $6.40 |
| 5 | Uline Shipping Supplies | 7100-000 | $0.00 | $17,799.98 | $17,799.98 | $2,374.38 |
| 6 | SOCAL SERVICES, INC. dba TRISTAFF GROUP | 7100-000 | $0.00 | $329,972.27 | $329,972.27 | $44,015.73 |
| 7 | Precisions Anodizing & Plating, Inc | 7100-000 | $0.00 | $5,295.40 | $5,295.40 | $706.37 |
| 8 | Holthouse Carlin & Van Tright LLP | 7100-000 | $0.00 | $19,743.97 | $19,743.97 | $2,633.69 |
| 9 | Performance Print Solutions | 7100-000 | $0.00 | $16,994.42 | $16,994.42 | $2,266.92 |
| 10 | LED Supply | 7100-000 | $0.00 | $3,854.50 | $3,854.50 | $514.16 |
| 11 | Lund Manufacturing Company | 7100-000 | $0.00 | $318,828.91 | $318,828.91 | $42,529.30 |
| 12 | GTF Properties | 7100-000 | $0.00 | $137,833.72 | $0.00 | $0.00 |
| 13 | Internal Revenue Service | 7100-000 | $0.00 | $500.00 | $500.00 | $66.70 |
| 14 | American Express Bank, FSB | 7100-000 | $0.00 | $25,800.00 | $25,800.00 | $3,441.52 |
| 15 | ROTH STAFFING COMPANIES, L.P. | 7100-000 | $0.00 | $289,292.21 | $289,292.21 | $38,589.33 |
| 16 | DLJ SERVICES, INC. | 7100-000 | $0.00 | $445,093.36 | $445,093.36 | $59,371.99 |
| 17 | Asteelflash Fremont | 7200-000 | $0.00 | $129,835.00 | $129,835.00 | $0.00 |
| 18 | LED Supply | 7100-000 | $0.00 | $3,854.50 | $0.00 | $0.00 |
| 20 | Cat-I Manufacturing, Inc. | 7100-000 | $0.00 | $16,517.96 | $16,517.96 | $2,203.37 |
| 22 | Cal-I Manufacturing, Inc. | 7100-000 | $0.00 | $32,644.87 | $32,644.87 | $4,354.57 |
| 23a | Internal Revenue Service | 7100-000 | $0.00 | $1,500.00 | $1,500.00 | $200.09 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,012,161.66 | $2,870,473.44 | $365,579.85 |

UST Form 101-7-TDR (10/1/2010)

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 16-03584-MM7 | Trustee Name: | James L. Kennedy |
|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | Date Filed (f) or Converted (c): | 07/28/2016 (f) |
| For the Period Ending: | 6/7/2021 | §341(a) Meeting Date: | 09/13/2016 |
| | | Claims Bar Date: | 01/11/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Citibank Checking #1676 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Citibank checking #8738 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Claim for Breach of Contract | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | There is a hearing scheduled in Department 1 of the U.S. Bankruptcy Court August 17, 2017 at 10:00 A.M. on a motion to substantively consolidate with BLISSLIGHTS 16-03586 | | | | | |
| 4 | American Express Preference claim (u) | $0.00 | $25,800.00 | | $25,800.00 | FA |
| 5 | Preference claim against BMW (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| Asset Notes: | Court approved the employment of DSR & Associates to investigate the possible fraudulent transfer,. | | | | | |
| 6 | Digi-King Preference (u) | $0.00 | $5,740.12 | | $5,740.12 | FA |
| Asset Notes: | Order approving settlement entered | | | | | |
| 7 | AETNA preference settlement (u) | $0.00 | $4,000.00 | | $4,000.00 | FA |
| 8 | Citibank dba CitiCards Preference (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| Asset Notes: | Order entered 3/8/2019 DKT#140 | | | | | |
| 9 | VW Credit dba Audi Financial Services Preference (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| Asset Notes: | Order entered 3/20/2019 DKT#139 | | | | | |
| 10 | Federal Tax Refund for YE2013 (u) | $0.00 | $569,234.18 | | $569,234.18 | FA |
| 11 | GTF Properties Preference Settlement (u) | $0.00 | $3,000.00 | | $3,000.00 | FA |
| 12 | Federal Income Tax Refund Form 1120 YE 12/2014 (u) | $0.00 | $4,516.78 | | $4,516.78 | FA |
| 13 | Federal Tax Refund 2nd Installment for YE 12/2014 F-1120 (u) | $0.00 | $10,483.98 | | $10,483.98 | FA |
| 14 | Preference against Cheng Precision Corp. (u) | $0.00 | $9,694.10 | | $9,694.10 | FA |
| Asset Notes: | Judgment by Default entered 1/21/2019 ADV 18-90102 DKT#16 | | | | | |
| 15 | Federal Tax Refund F-1120 YE 2015 (u) | $0.00 | $14,800.00 | | $14,800.00 | FA |
| 16 | Bliss Holdings, LLC 100% | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset originally listed on Form 1 of BLISSLIGHTS, Inc. included here due to substantive consolidation. | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $0.00 | $677,269.16 | | $677,269.16 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Page No: 2    Exhibit 8

ASSET CASES

| Case No.: | 16-03584-MM7 | Trustee Name: | James L. Kennedy |
|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | Date Filed (f) or Converted (c): | 07/28/2016 (f) |
| For the Period Ending: | 6/7/2021 | §341(a) Meeting Date: | 09/13/2016 |
| | | Claims Bar Date: | 01/11/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/30/2021 | Reconciling payments to the Franchise Tax Board. Waiting for American Express to cash check. Attempting to locate Unisource Claim #1 Estimated Date to file TDR 7/1/2021 |
| 03/24/2020 | Received Order from California Office of Tax Appeals upholding the Franchise Tax Boards denial the Estate's claim for a refund based on the fact the corporation was suspended. Case is in a position to close after hearings on application for professional fees and costs. |
| 03/31/2019 | Continue to investigate and pursue preferential payments. Working with Estate Accountant to work through tax issues related to the filing of prepetition tax returns with the IRS and FTB. |
| 12/20/2017 | Court approved employment of DSR & Associates as Special Counsel to investigate a possible fraudulent transfer, conduct 2004 examinations, file and pursue avoidnance claims if it is deemed appropriate. |
| 08/22/2017 | Court approved substantive consolidation with Bliss Lights, Inc 16-03586 |
| 07/11/2017 | Hearing scheduled in Department 1 of the U.S. Bankruptcy Court August 17, 2017 at 10:00 A.M. on a motion to substantively consolidate cases16-03584 Bliss Holdings and 16-03586 Blisslights, Inc |

Initial Projected Date Of Final Report (TFR):   12/31/2018         Current Projected Date Of Final Report (TFR):   12/31/2020         /s/ JAMES L. KENNEDY

JAMES L. KENNEDY

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-03584-MM7 | Trustee Name: | James L. Kennedy |
|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6414 | Checking Acct #: | ******3584 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/28/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/7/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/07/2018 | | East West Bank | Transfer funds | 9999-000 | $36,580.89 | | $36,580.89 |
| 06/26/2018 | (6) | Digi-King | Order approving settlement of preference claim | 1241-000 | $5,740.12 | | $42,321.01 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $41.14 | $42,279.87 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $62.80 | $42,217.07 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $10.12 | $42,206.95 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($10.12) | $42,217.07 |
| 08/17/2018 | 3001 | DSR & Associates | Per Order Entered 5/18/2018 DKT#97 | 3220-610 | | $1,640.65 | $40,576.42 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $738.79 | $39,837.63 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($738.79) | $40,576.42 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $62.75 | $40,513.67 |
| 09/12/2018 | 3002 | Franchise Tax Board | 2018 Form 3522; EIN 20-4906414: CA Corp ID 200613010164 | 2820-000 | | $800.00 | $39,713.67 |
| 11/30/2018 | 3003 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $50.66 | $39,663.01 |
| 01/10/2019 | (7) | AETNA | Preference settlement Order entered 10/23/2018 DKT#123 | 1241-000 | $4,000.00 | | $43,663.01 |
| 01/21/2019 | (5) | BMW Financial Servoices | Order approving settlement of ADV 18-90101 entered 11/26/2018 DKT#126 | 1241-000 | $10,000.00 | | $53,663.01 |
| 02/26/2019 | 3004 | Franchise Tax Board | 2018 100-ES  26-1679732 Per Order entered 2/6/2019 DKT#130 | 2820-000 | | $800.00 | $52,863.01 |
| 03/20/2019 | (8) | Citi Business Services | Payment per order entered 3/8/2019 DKT#140 | 1241-000 | $10,000.00 | | $62,863.01 |
| 03/20/2019 | (9) | VW Credit, iNC. | Payment per order entered 3/8/2019 | 1241-000 | $10,000.00 | | $72,863.01 |
| 03/20/2019 | 3005 | Franchise Tax Board | BLISSLIGHTS, Inc. 2019 Form 100-ES, CA Corp No.: 3056724; FEIN 26-1679732 Approved by Order entered 2/6/2019 DKT#130 | 2820-000 | | $800.00 | $72,063.01 |
| 03/20/2019 | 3006 | Franchis Tax Board | Bliss Holdings, LLC 2019 Form 3522 CA Corp No.: 200613010164; FEIN 20-4906414 Approved by Order entered 2/6/2019 DKT#130 | 2820-000 | | $800.00 | $71,263.01 |
| 04/18/2019 | (10) | United States Treasury | Tax Refun 12/2013 F-1120 includes $8,2014.19 interest | 1224-000 | $569,234.18 | | $640,497.19 |
| | | | SUBTOTALS | | $645,555.19 | $5,058.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-03584-MM7 | Trustee Name: | James L. Kennedy |
|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6414 | Checking Acct #: | ******3584 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/28/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/7/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/08/2019 | (11) | GTF Properties | Settlement of Preference claim | 1241-000 | $3,000.00 | | $643,497.19 |
| 05/16/2019 | (12) | United States Treasury | Tax Refund F-1120 YE 12/2014 | 1224-000 | $4,516.78 | | $648,013.97 |
| 05/23/2019 | (13) | United States Treasury | Federal Tax Return 2nd Installment for YE 12/2014 F-1120 | 1224-000 | $10,483.98 | | $658,497.95 |
| 05/23/2019 | 3007 | Franchise Tax Board | Bliss Holdings, LLC Penalty assessment and interest for YE 12/18 CA Corp No. 200613010164 FEIN 26-1679732 Approved by Order entered 2/6/2019 DKT#130 | 2820-000 | | $74.02 | $658,423.93 |
| 05/23/2019 | 3008 | FRANCHISE TAX BOARD | BLISSLIGHTS, Inc. CA Corp No. 3056724; FEIN 26-1679732 Approved by Order entered 2/6/2019 DKT#130 | 2820-000 | | $27.84 | $658,396.09 |
| 09/20/2019 | (14) | DSR & Associates | Judgment by Default ADV 18-90192 against Cheng Presicion | 1241-000 | $9,694.10 | | $668,090.19 |
| 11/20/2019 | 3009 | INTERNATIONAL SURETIES LTD | Blanket Bond Premium Bond #016067656 Term 11/15/20-19 to 11/15/2020 | 2300-000 | | $297.92 | $667,792.27 |
| 12/10/2019 | (15) | United States Treasury | YE 2015 F-1120 Refund | 1224-000 | $14,800.00 | | $682,592.27 |
| 07/20/2020 | 3010 | DSR & Associates, Inc. | Court approved fees and reimbursement of costs per Order entered 7/20/2020 DKT#163 | * | | $20,711.33 | $661,880.94 |
| | | | Court approved Fees $(18,351.98) | 3210-600 | | | $661,880.94 |
| | | | Cost reimbursement $(2,359.35) | 3220-610 | | | $661,880.94 |
| 07/20/2020 | 3011 | Squar Milner APC | Court approved fees and costs per order entered 7/20/2020 DKT#163 | * | | $155,300.54 | $506,580.40 |
| | | | Fees $(154,500.50) | 3410-000 | | | $506,580.40 |
| | | | Costs $(800.04) | 3420-000 | | | $506,580.40 |
| 07/20/2020 | 3012 | SULLIVAN HILLL LEWIN REZ & ENGEL | Approved fees, costs, and supplemental fees per Court Order entered 7/20/2020 DKT#163 | * | | $79,195.07 | $427,385.33 |
| | | | Fees $(77,859.50) | 3210-000 | | | $427,385.33 |
| | | | Supplemental fees per invoice $(1,000.00) | 3210-000 | | | $427,385.33 |
| | | | Costs $(335.57) | 3220-000 | | | $427,385.33 |
| | | | **SUBTOTALS** | | **$42,494.86** | **$255,606.72** | |

| Case No.: | 16-03584-MM7 | | | Trustee Name: | James L. Kennedy |
|---|---|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6414 | | | Checking Acct #: | ******3584 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 7/28/2016 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/7/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/19/2020 | 3013 | James L. Kennedy | Approved by Court Order Entered 8/19/2020 DKT#167 | 2100-000 | | $37,763.46 | $389,621.87 |
| 09/25/2020 | | James L. Kennedy | Refund on Check# 3013 | 2100-000 | | ($650.00) | $390,271.87 |
| 02/03/2021 | 3014 | DLJ Services, Inc. | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 4,875.00; | 2990-002 | | $4,875.00 | $385,396.87 |
| 02/03/2021 | 3015 | Roth Staffing Services | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 3,250.00; | 2990-002 | | $3,250.00 | $382,146.87 |
| 02/03/2021 | 3016 | Tristaff Group | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 4,875.00; | 2990-002 | | $4,875.00 | $377,271.87 |
| 02/03/2021 | 3017 | Unisource Worldwide A Veritiv Co. | Account Number: ; Claim #: 1;  Distribution Dividend: 13.32; Amount Allowed: 306,225.59; | 7100-000 | | $40,790.74 | $336,481.13 |
| 02/03/2021 | 3018 | King Technology of Missouri, Inc. | Account Number: ; Claim #: 2;  Distribution Dividend: 13.32; Amount Allowed: 910,527.00; | 7100-000 | | $121,286.64 | $215,194.49 |
| 02/03/2021 | 3019 | FRANCHISE TAX BOARD | Account Number: ; Claim #: 3;  Distribution Dividend: 100.00; Amount Allowed: 803.94; | 5800-000 | | $803.94 | $214,390.55 |
| 02/03/2021 | 3020 | FRANCHISE TAX BOARD | Account Number: ; Claim #: 3;  Distribution Dividend: 13.32; Amount Allowed: 48.00; | 7100-000 | | $6.39 | $214,384.16 |
| 02/03/2021 | 3021 | Uline Shipping Supplies | Account Number: ; Claim #: 5;  Distribution Dividend: 13.32; Amount Allowed: 17,799.98; | 7100-000 | | $2,371.04 | $212,013.12 |
| 02/03/2021 | 3022 | SOCAL SERVICES, INC. dba TRISTAFF GROUP | Account Number: ; Claim #: 6;  Distribution Dividend: 13.32; Amount Allowed: 329,972.27; | 7100-000 | | $43,953.92 | $168,059.20 |
| 02/03/2021 | 3023 | Precisions Anodizing & Plating, Inc | Account Number: ; Claim #: 7;  Distribution Dividend: 13.32; Amount Allowed: 5,295.40; | 7100-000 | | $705.37 | $167,353.83 |
| 02/03/2021 | 3024 | Holthouse Carlin & Van Tright LLP | Account Number: ; Claim #: 8;  Distribution Dividend: 13.32; Amount Allowed: 19,743.97; | 7100-000 | | $2,629.99 | $164,723.84 |
| 02/03/2021 | 3025 | Performance Print Solutions | Account Number: ; Claim #: 9;  Distribution Dividend: 13.32; Amount Allowed: 16,994.42; | 7100-000 | | $2,263.74 | $162,460.10 |
| 02/03/2021 | 3026 | LED Supply | Account Number: ; Claim #: 10;  Distribution Dividend: 13.32; Amount Allowed: 3,854.50; | 7100-000 | | $513.44 | $161,946.66 |
| 02/03/2021 | 3027 | Lund Manufacturing Company | Account Number: ; Claim #: 11;  Distribution Dividend: 13.32; Amount Allowed: 318,828.91; | 7100-000 | | $42,469.57 | $119,477.09 |
| | | | | **SUBTOTALS** | $0.00 | $307,908.24 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-03584-MM7 | | Trustee Name: | James L. Kennedy |
|---|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6414 | | Checking Acct #: | ******3584 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/28/2016 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/03/2021 | 3028 | Internal Revenue Service | Account Number: ; Claim #: 13; Distribution Dividend: 13.32; Amount Allowed: 500.00; | 7100-000 | | $66.60 | $119,410.49 |
| 02/03/2021 | 3029 | Darryl S. Laddin | Account Number: ; Claim #: 14; Distribution Dividend: 13.32; Amount Allowed: 25,800.00; | 7100-000 | | $3,436.69 | $115,973.80 |
| 02/03/2021 | 3030 | ROTH STAFFING COMPANIES, L.P. | Account Number: ; Claim #: 15; Distribution Dividend: 13.32; Amount Allowed: 289,292.21; | 7100-000 | | $38,535.13 | $77,438.67 |
| 02/03/2021 | 3031 | DLJ SERVICES, INC. | Account Number: ; Claim #: 16; Distribution Dividend: 13.32; Amount Allowed: 445,093.36; | 7100-000 | | $59,288.61 | $18,150.06 |
| 02/03/2021 | 3032 | LED Supply | Account Number: ; Claim #: 18; Distribution Dividend: 13.32; Amount Allowed: 3,854.50; | 7100-000 | | $513.44 | $17,636.62 |
| 02/03/2021 | 3033 | FRANCHISE TAX BOARD | Account Number: ; Claim #: 19; Distribution Dividend: 100.00; Amount Allowed: 823.54; | 5800-000 | | $823.54 | $16,813.08 |
| 02/03/2021 | 3034 | Cat-I Manufacturing, Inc. | Account Number: ; Claim #: 20; Distribution Dividend: 13.32; Amount Allowed: 16,517.96; | 7100-000 | | $2,200.27 | $14,612.81 |
| 02/03/2021 | 3035 | Franchise Tax Board | Account Number: ; Claim #: 21; Distribution Dividend: 100.00; Amount Allowed: 1,629.28; | 2820-000 | | $1,629.28 | $12,983.53 |
| 02/03/2021 | 3036 | Cal-I Manufacturing, Inc. | Account Number: ; Claim #: 22; Distribution Dividend: 13.32; Amount Allowed: 32,644.87; | 7100-000 | | $4,348.46 | $8,635.07 |
| 02/03/2021 | 3037 | Internal Revenue Service | Account Number: ; Claim #: 23; Distribution Dividend: 100.00; Amount Allowed: 8,435.26; | 5800-000 | | $8,435.26 | $199.81 |
| 02/03/2021 | 3038 | Internal Revenue Service | Account Number: ; Claim #: 23; Distribution Dividend: 13.32; Amount Allowed: 1,500.00; | 7100-000 | | $199.81 | $0.00 |
| 02/05/2021 | 3014 | VOID: DLJ Services, Inc. | Void of Check# 3014 | 2990-003 | | ($4,875.00) | $4,875.00 |
| 02/05/2021 | 3015 | VOID: Roth Staffing Services | Void of Check# 3015 | 2990-003 | | ($3,250.00) | $8,125.00 |
| 02/05/2021 | 3016 | VOID: Tristaff Group | Void of Check# 3016 | 2990-003 | | ($4,875.00) | $13,000.00 |
| 02/05/2021 | 3017 | VOID: Unisource Worldwide A Veritiv Co. | Void of Check# 3017 | 7100-003 | | ($40,790.74) | $53,790.74 |
| 02/05/2021 | 3018 | VOID: King Technology of Missouri, Inc. | Void of Check# 3018 | 7100-003 | | ($121,286.64) | $175,077.38 |
| 02/05/2021 | 3019 | VOID: FRANCHISE TAX BOARD | Void of Check# 3019 | 5800-003 | | ($803.94) | $175,881.32 |
| 02/05/2021 | 3020 | VOID: FRANCHISE TAX BOARD | Void of Check# 3020 | 7100-003 | | ($6.39) | $175,887.71 |

SUBTOTALS   $0.00   ($56,410.62)

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-03584-MM7 | | | Trustee Name: | James L. Kennedy |
|---|---|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6414 | | | Checking Acct #: | ******3584 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 7/28/2016 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/7/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/05/2021 | 3021 | VOID: Uline Shipping Supplies | Void of Check# 3021 | 7100-003 | | ($2,371.04) | $178,258.75 |
| 02/05/2021 | 3022 | VOID: SOCAL SERVICES, INC. dba TRISTAFF GROUP | Void of Check# 3022 | 7100-003 | | ($43,953.92) | $222,212.67 |
| 02/05/2021 | 3023 | VOID: Precisions Anodizing & Plating, Inc | Void of Check# 3023 | 7100-003 | | ($705.37) | $222,918.04 |
| 02/05/2021 | 3024 | VOID: Holthouse Carlin & Van Tright LLP | Void of Check# 3024 | 7100-003 | | ($2,629.99) | $225,548.03 |
| 02/05/2021 | 3025 | VOID: Performance Print Solutions | Void of Check# 3025 | 7100-003 | | ($2,263.74) | $227,811.77 |
| 02/05/2021 | 3026 | VOID: LED Supply | Void of Check# 3026 | 7100-003 | | ($513.44) | $228,325.21 |
| 02/05/2021 | 3027 | VOID: Lund Manufacturing Company | Void of Check# 3027 | 7100-003 | | ($42,469.57) | $270,794.78 |
| 02/05/2021 | 3028 | VOID: Internal Revenue Service | Void of Check# 3028 | 7100-003 | | ($66.60) | $270,861.38 |
| 02/05/2021 | 3029 | VOID: Darryl S. Laddin | Void of Check# 3029 | 7100-003 | | ($3,436.69) | $274,298.07 |
| 02/05/2021 | 3030 | VOID: ROTH STAFFING COMPANIES, L.P. | Void of Check# 3030 | 7100-003 | | ($38,535.13) | $312,833.20 |
| 02/05/2021 | 3031 | VOID: DLJ SERVICES, INC. | Void of Check# 3031 | 7100-003 | | ($59,288.61) | $372,121.81 |
| 02/05/2021 | 3032 | VOID: LED Supply | Void of Check# 3032 | 7100-003 | | ($513.44) | $372,635.25 |
| 02/05/2021 | 3033 | VOID: FRANCHISE TAX BOARD | Void of Check# 3033 | 5800-003 | | ($823.54) | $373,458.79 |
| 02/05/2021 | 3034 | VOID: Cat-I Manufacturing, Inc. | Void of Check# 3034 | 7100-003 | | ($2,200.27) | $375,659.06 |
| 02/05/2021 | 3035 | VOID: Franchise Tax Board | Void of Check# 3035 | 2820-003 | | ($1,629.28) | $377,288.34 |
| 02/05/2021 | 3036 | VOID: Cal-I Manufacturing, Inc. | Void of Check# 3036 | 7100-003 | | ($4,348.46) | $381,636.80 |
| 02/05/2021 | 3037 | VOID: Internal Revenue Service | Void of Check# 3037 | 5800-003 | | ($8,435.26) | $390,072.06 |
| 02/05/2021 | 3038 | VOID: Internal Revenue Service | Void of Check# 3038 | 7100-003 | | ($199.81) | $390,271.87 |
| 03/18/2021 | 3039 | DLJ Services, Inc. | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 4,875.00; | 2990-000 | | $4,875.00 | $385,396.87 |
| 03/18/2021 | 3040 | Roth Staffing Services | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 3,250.00; | 2990-002 | | $3,250.00 | $382,146.87 |
| 03/18/2021 | 3041 | Tristaff Group | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 4,875.00; | 2990-002 | | $4,875.00 | $377,271.87 |
| 03/18/2021 | 3042 | Unisource Worldwide A Veritiv Co. | Account Number: ; Claim #: 1;  Distribution Dividend: 13.34; Amount Allowed: 306,225.59; | 7100-000 | | $40,848.11 | $336,423.76 |

| | | | | SUBTOTALS | $0.00 | ($160,536.05) | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-03584-MM7 | Trustee Name: | James L. Kennedy |
|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6414 | Checking Acct #: | ******3584 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/28/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/7/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/18/2021 | 3043 | King Technology of Missouri, Inc. | Account Number: ; Claim #: 2;  Distribution Dividend: 13.34; Amount Allowed: 910,527.00; | 7100-000 | | $121,457.22 | $214,966.54 |
| 03/18/2021 | 3044 | FRANCHISE TAX BOARD | Account Number: ; Claim #: 3;  Distribution Dividend: 100.00; Amount Allowed: 803.94; | 5800-000 | | $803.94 | $214,162.60 |
| 03/18/2021 | 3045 | FRANCHISE TAX BOARD | Account Number: ; Claim #: 3;  Distribution Dividend: 13.34; Amount Allowed: 48.00; | 7100-000 | | $6.40 | $214,156.20 |
| 03/18/2021 | 3046 | Uline Shipping Supplies | Account Number: ; Claim #: 5;  Distribution Dividend: 13.34; Amount Allowed: 17,799.98; | 7100-000 | | $2,374.38 | $211,781.82 |
| 03/18/2021 | 3047 | SOCAL SERVICES, INC. dba TRISTAFF GROUP | Account Number: ; Claim #: 6;  Distribution Dividend: 13.34; Amount Allowed: 329,972.27; | 7100-000 | | $44,015.73 | $167,766.09 |
| 03/18/2021 | 3048 | Precisions Anodizing & Plating, Inc | Account Number: ; Claim #: 7;  Distribution Dividend: 13.34; Amount Allowed: 5,295.40; | 7100-000 | | $706.37 | $167,059.72 |
| 03/18/2021 | 3049 | Holthouse Carlin & Van Tright LLP | Account Number: ; Claim #: 8;  Distribution Dividend: 13.34; Amount Allowed: 19,743.97; | 7100-000 | | $2,633.69 | $164,426.03 |
| 03/18/2021 | 3050 | Performance Print Solutions | Account Number: ; Claim #: 9;  Distribution Dividend: 13.34; Amount Allowed: 16,994.42; | 7100-000 | | $2,266.92 | $162,159.11 |
| 03/18/2021 | 3051 | LED Supply | Account Number: ; Claim #: 10;  Distribution Dividend: 13.34; Amount Allowed: 3,854.50; | 7100-000 | | $514.16 | $161,644.95 |
| 03/18/2021 | 3052 | Lund Manufacturing Company | Account Number: ; Claim #: 11;  Distribution Dividend: 13.34; Amount Allowed: 318,828.91; | 7100-000 | | $42,529.30 | $119,115.65 |
| 03/18/2021 | 3053 | Internal Revenue Service | Account Number: ; Claim #: 13;  Distribution Dividend: 13.34; Amount Allowed: 500.00; | 7100-000 | | $66.70 | $119,048.95 |
| 03/18/2021 | 3054 | Darryl S. Laddin | Account Number: ; Claim #: 14;  Distribution Dividend: 13.34; Amount Allowed: 25,800.00; | 7100-000 | | $3,441.52 | $115,607.43 |
| 03/18/2021 | 3055 | ROTH STAFFING COMPANIES, L.P. | Account Number: ; Claim #: 15;  Distribution Dividend: 13.34; Amount Allowed: 289,292.21; | 7100-000 | | $38,589.33 | $77,018.10 |
| 03/18/2021 | 3056 | DLJ SERVICES, INC. | Account Number: ; Claim #: 16;  Distribution Dividend: 13.34; Amount Allowed: 445,093.36; | 7100-000 | | $59,371.99 | $17,646.11 |
| 03/18/2021 | 3057 | FRANCHISE TAX BOARD | Account Number: ; Claim #: 19;  Distribution Dividend: 100.00; Amount Allowed: 823.54; | 5800-000 | | $823.54 | $16,822.57 |

|  |  |  |  | SUBTOTALS | $0.00 | $319,601.19 |  |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-03584-MM7 | | Trustee Name: | James L. Kennedy |
|---|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6414 | | Checking Acct #: | ******3584 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/28/2016 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/18/2021 | 3058 | Cat-I Manufacturing, Inc. | Account Number: ; Claim #: 20;  Distribution Dividend: 13.34; Amount Allowed: 16,517.96; | 7100-000 | | $2,203.37 | $14,619.20 |
| 03/18/2021 | 3059 | Franchise Tax Board | Account Number: ; Claim #: 21;  Distribution Dividend: 100.00; Amount Allowed: 1,629.28; | 2820-000 | | $1,629.28 | $12,989.92 |
| 03/18/2021 | 3060 | Cal-I Manufacturing, Inc. | Account Number: ; Claim #: 22;  Distribution Dividend: 13.34; Amount Allowed: 32,644.87; | 7100-000 | | $4,354.57 | $8,635.35 |
| 03/18/2021 | 3061 | Internal Revenue Service | Account Number: ; Claim #: 23;  Distribution Dividend: 100.00; Amount Allowed: 8,435.26; | 5800-000 | | $8,435.26 | $200.09 |
| 03/18/2021 | 3062 | Internal Revenue Service | Account Number: ; Claim #: 23;  Distribution Dividend: 13.34; Amount Allowed: 1,500.00; | 7100-000 | | $200.09 | $0.00 |
| 03/30/2021 | 3054 | VOID: Darryl S. Laddin | | 7100-003 | | ($3,441.52) | $3,441.52 |
| 03/30/2021 | 3063 | American Express Bank, FSB | Claim No. 14 Distribution Dividend 13.34% Amount allowed $25,800.00 | 7100-000 | | $3,441.52 | $0.00 |
| 04/13/2021 | 3042 | VOID: Unisource Worldwide A Veritiv Co. | Returned as undeliverable. Called contact on claim - phone no longer in service. Attempted to call several Veritiv entities with no success. on 4/13/2021 sent email to Veritiv Headquarters | 7100-003 | | ($40,848.11) | $40,848.11 |
| 05/07/2021 | 3064 | Unisource Worldwide A Veritiv Co. | Claim #1 filed 7/25/2016 | 7100-000 | | $40,848.11 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $16,822.57 |
|---|---|---|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-03584-MM7 | | Trustee Name: | James L. Kennedy |
| Case Name: | BLISS HOLDINGS, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6414 | | Checking Acct #: | ******3584 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/28/2016 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $688,050.05 | $688,050.05 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $36,580.89 | $0.00 | |
| | | | **Subtotal** | | $651,469.16 | $688,050.05 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $651,469.16 | $688,050.05 | |

For the period of **7/28/2016** to **6/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $651,469.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $651,469.16 |
| Total Internal/Transfer Receipts: | $36,580.89 |
| | |
| Total Compensable Disbursements: | $666,925.05 |
| Total Non-Compensable Disbursements: | $21,125.00 |
| Total Comp/Non Comp Disbursements: | $688,050.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **06/08/2018** to **6/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $651,469.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $651,469.16 |
| Total Internal/Transfer Receipts: | $36,580.89 |
| | |
| Total Compensable Disbursements: | $666,925.05 |
| Total Non-Compensable Disbursements: | $21,125.00 |
| Total Comp/Non Comp Disbursements: | $688,050.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-03584-MM7 | Trustee Name: | James L. Kennedy |
|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***6414 | Checking Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/28/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/7/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2017 | | Tristaff Group | Order for post petition financing entered 12/19/16 DKT #49 | 1290-002 | $4,875.00 | | $4,875.00 |
| 04/11/2017 | | East West Bank | Bank Service Fee | 2600-000 | | $7.87 | $4,867.13 |
| 04/26/2017 | | DLJ Services, Inc. | Order for post petition financing entered 12/19/16 DKT #49 | 1290-002 | $2,437.50 | | $7,304.63 |
| 04/26/2017 | | DLJ Services, Inc. | Order for post petition financing entered 12/19/16 DKT #49 | 1290-002 | $2,437.50 | | $9,742.13 |
| 04/26/2017 | | Roth Staffing Companies | Order for post petition financing entered 12/19/16 DKT #49 | 1290-002 | $1,625.00 | | $11,367.13 |
| 04/26/2017 | | Roth Staffing Companies | Order for post petition financing entered 12/19/16 DKT #49 | 1290-002 | $1,625.00 | | $12,992.13 |
| 05/02/2017 | | East West Bank | Bank Service Fee | 2600-000 | | $9.30 | $12,982.83 |
| 06/05/2017 | | East West Bank | Bank Service Fee | 2600-000 | | $20.95 | $12,961.88 |
| 07/18/2017 | | East West Bank | Bank Service Fee | 2600-000 | | $20.25 | $12,941.63 |
| 08/10/2017 | | East West Bank | Bank Service Fee | 2600-000 | | $20.23 | $12,921.40 |
| 09/11/2017 | | East West Bank | Bank Service Fee | 2600-000 | | $20.86 | $12,900.54 |
| 10/11/2017 | | East West Bank | Bank Service Fee | 2600-000 | | $20.16 | $12,880.38 |
| 11/09/2017 | | East West Bank | Bank Service Fee | 2600-000 | | $20.80 | $12,859.58 |
| 11/20/2017 | 101 | INTERNATIONAL SURETIES LTD | Blanket Bond Premium<br>Term 11/15/17 to 11/15/18<br>Bond Number 016067656 | 2300-000 | | $5.32 | $12,854.26 |
| 11/27/2017 | (4) | American Express Travel Related Services | Court approved settlement Dkt#75 | 1241-000 | $25,800.00 | | $38,654.26 |
| 12/06/2017 | | East West Bank | Bank Service Fee | 2600-000 | | $20.08 | $38,634.18 |
| 01/08/2018 | | East West Bank | Bank Service Fee | 2600-000 | | $20.80 | $38,613.38 |
| 02/08/2018 | | East West Bank | Bank Service Fee | 2600-000 | | $62.32 | $38,551.06 |
| 03/12/2018 | 102 | FRANCHISE TAX BOARD | 2017 form 3537 #200613010164 | 2820-000 | | $907.00 | $37,644.06 |
| 03/12/2018 | 103 | FRANCHISE TAX BOARD | 2017 form 3539 #3056724 | 2820-000 | | $829.00 | $36,815.06 |
| 03/14/2018 | | East West Bank | Bank Service Fee | 2600-000 | | $56.21 | $36,758.85 |
| 04/11/2018 | | East West Bank | Bank Service Fee | 2600-000 | | $61.47 | $36,697.38 |
| | | | **SUBTOTALS** | | **$38,800.00** | **$2,102.62** | |

**FORM 2**

Page No: 10  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-03584-MM7 | Trustee Name: | James L. Kennedy |
|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***6414 | Checking Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/28/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/7/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2018 | | East West Bank | Bank Service Fee | 2600-000 | | $57.34 | $36,640.04 |
| 06/06/2018 | | East West Bank | Bank Service Fee | 2600-000 | | $59.15 | $36,580.89 |
| 06/07/2018 | | Integrity Bank | Transfer funds | 9999-000 | | $36,580.89 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $38,800.00 | $38,800.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $36,580.89 | |
| Subtotal | $38,800.00 | $2,219.11 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $38,800.00 | $2,219.11 | |

**For the period of 7/28/2016 to 6/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $25,800.00 |
| Total Non-Compensable Receipts: | $13,000.00 |
| Total Comp/Non Comp Receipts: | $38,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,219.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,219.11 |
| Total Internal/Transfer Disbursements: | $36,580.89 |

**For the entire history of the account between 03/02/2017 to 6/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $25,800.00 |
| Total Non-Compensable Receipts: | $13,000.00 |
| Total Comp/Non Comp Receipts: | $38,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,219.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,219.11 |
| Total Internal/Transfer Disbursements: | $36,580.89 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-03584-MM7 | Trustee Name: | James L. Kennedy |
|---|---|---|---|
| Case Name: | BLISS HOLDINGS, LLC | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***6414 | Checking Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/28/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/7/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $690,269.16 | $690,269.16 | $0.00 |

**For the period of 7/28/2016 to 6/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $677,269.16 |
| Total Non-Compensable Receipts: | $13,000.00 |
| Total Comp/Non Comp Receipts: | $690,269.16 |
| Total Internal/Transfer Receipts: | $36,580.89 |
| | |
| Total Compensable Disbursements: | $669,144.16 |
| Total Non-Compensable Disbursements: | $21,125.00 |
| Total Comp/Non Comp Disbursements: | $690,269.16 |
| Total Internal/Transfer Disbursements: | $36,580.89 |

**For the entire history of the case between 07/28/2016 to 6/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $677,269.16 |
| Total Non-Compensable Receipts: | $13,000.00 |
| Total Comp/Non Comp Receipts: | $690,269.16 |
| Total Internal/Transfer Receipts: | $36,580.89 |
| | |
| Total Compensable Disbursements: | $669,144.16 |
| Total Non-Compensable Disbursements: | $21,125.00 |
| Total Comp/Non Comp Disbursements: | $690,269.16 |
| Total Internal/Transfer Disbursements: | $36,580.89 |

/s/ JAMES L. KENNEDY

JAMES L. KENNEDY